[No. 609-2.   Division Two.   March 1, 1973.]

THELMER ARTHUR LERVOLD et al., Appellants, v. GEORGE MORLEY et al., Respondents.

Appeal from a judgment of the Superior Court for Kitsap County, No. 54780, Robert J. Bryan, J., entered August 13, 1971. Affirmed by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 816-2.   Division Two.   March 1, 1973.]

RAY M. LARSON, Respondent, v. PAID PRESCRIPTIONS, INC., Appellant.

Appeal from a judgment of the Superior Court for Pierce County, No. 194403, Horace G. Geer, J., entered May 22, 1972. Affirmed by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 605-3.   Division Three.   March 5, 1973.]

JAMES B. HUNTINGTON, Respondent and Cross-appellant, v. HELEN M. HUNTINGTON, Appellant.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 59286, Patrick McCabe, J., entered March 9, 1972. Affirmed by unpublished opinion per Munson, J., concurred in by Farris and McInturff, JJ.

[No. 1771-1.   Division One—Panel 1.   March 5, 1973.]

THE STATE OF WASHINGTON, Respondent, v. RICHARD LEE ALFORD, Appellant.

Appeal from a judgment of the Superior Court for King County, No. 59919, Robert W. Winsor, J., entered June 21, 1972. Affirmed by unpublished opinion per James, J., concurred in by Swanson, C.J., and Farris, J.